UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR2115-WQH |
| vs. | ORDER RELEASING MATERIAL WITNESS |
| Jose Antonio Marquez-Mendoza, Defendant(s) | Booking No. 10005298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Araceli Zaragoza-Montano
Arrgn. 6-16-08

DATED: 6-26-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ DUSM

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by G. Perrault
Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95